**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **WHITNEY BANK,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL ACTION NO. 11-00689-KD-B** |
| | ) | |
| **HENRY HESTER PLAUCHE, JR.,** | ) | |
| **Defendant.** | ) | |

**JUDGMENT**

In accordance with the Order on summary judgment issued on this date, it is hereby

**ORDERED, ADJUDGED** and **DECREED** that **JUDGMENT** is entered in favor of Plaintiff

Whitney Bank and against Defendant Henry Hester Plauche, Jr.

**DONE** and **ORDERED** this **18th** day of **October 2012.**

/s/ Kristi K. DuBose_____ _____
**KRISTI K. DUBOSE
UNITED STATES DISTRICT JUDGE**